Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Talking Rock Land, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-0954429 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15075 N. Talking Rock Ranch Road  Prescott, AZ 86305 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Yavapai  County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Talking Rock Land, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
6552

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  Talking Rock Land, LLC  
　　　　Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**  
Check all that apply:  
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  
☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)  
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
　What is the hazard? _____  
☐ It needs to be physically secured or protected from the weather.  
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).  
☐ Other _____

Where is the property? _____  
Number, Street, City, State & ZIP Code

Is the property insured?  
☐ No  
☐ Yes. Insurance agency _____  
　　　Contact name _____  
　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  
Check one:  
☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**  
☒ 1-49　☐ 1,000-5,000　☐ 25,001-50,000  
☐ 50-99　☐ 5001-10,000　☐ 50,001-100,000  
☐ 100-199　☐ 10,001-25,000　☐ More than 100,000  
☐ 200-999

**15. Estimated Assets**  
☐ $0 - $50,000　☐ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000　☒ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**  
☐ $0 - $50,000　☒ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

| Debtor | Talking Rock Land, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 18, 2025
                 MM / DD / YYYY

X /s/ Peter Burger
Signature of authorized representative of debtor

Peter Burger
Printed name

pburger@symmetrycompanies.com
Email Address of debtor

Title  Designated Representative

**18. Signature of attorney**

X /s/ Scott B. Cohen
Signature of attorney for debtor

Date  April 18, 2025
         MM / DD / YYYY

Scott B. Cohen SBA #14377
Printed name

Engelman Berger PC
Firm name

2800 N. Central Avenue, Suite 1200
Phoenix, AZ 85004
Number, Street, City, State & ZIP Code

Contact phone  602.271.9090        Email address  sbc@eblawyers.com

AZ #14377
Bar number and State

# UNANIMOUS CONSENT AND RESOLUTION
# BY
# THE GENERAL AND LIMITED PARTNERS
# OF
# TRR HOLDINGS, LLLP

The undersigned, being the sole General Partner and all of the Limited Partners of **TRR Holdings, LLLP**, an Arizona limited liability limited partnership ("Company") unanimously adopt the following Resolutions and Consents, as of April 16, 2025:

## Background

A. Through the Company's 100% ownership of Harvard Simon I, LLC, an Arizona limited liability company, Company is the beneficial owner of 100% of the Member Interests, and all management rights, in Talking Rock Land, LLC, an Arizona limited liability company ("TRL").

B. TRL is a defendant in the consolidated civil actions pending in Maricopa County Superior Court, which are designated as CV2019-012978 and CV2023-004527 (collectively, "ICR Lawsuit").

C. The current, and anticipated future, rulings in the ICR Lawsuit are materially detrimental to TRL and will render TRL insolvent and/or unable to conduct business in the ordinary course or otherwise meet its financial and operating obligations.

D. After careful review of the current status of the ICR Lawsuit and the potential damage to TRL of past and future adverse rulings in that case, and consultation with litigation and bankruptcy counsel, the Company's sole General Partner and all of the Company's Limited Partners, applying their respective business judgement, have unanimously determined it is in the Company's best interest, and the best interest of TRL, for TRL to file for and obtain the protections afforded TRL under Chapter 11 of the United States Bankruptcy Code on a voluntary basis before any further rulings are issued in the ICR Litigation.

## Consent & Resolutions

For the reasons set forth above, among others, the Company's sole General Partner and all of the Company's Limited Partners adopt and ratify the following consents and resolutions:

1. TRL is authorized and directed to file a voluntary petition for and obtain the protections afforded TRL under Chapter 11 of the United States Bankruptcy Code before any further rulings are issued in the ICR Litigation; and

2. Peter Burger, as the authorized agent of the Company and TRL, is authorized and directed, on behalf of and in the name of TRL, to execute a petition for reorganization under Chapter 11 of the United States

TRL BK Resolution (v3)

Bankruptcy Code, and such other papers as may be appropriate as part of the reorganization process and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona; and

3. Company approves the retention of Engelman Berger, P.C. as bankruptcy counsel for the TRL and authorizes counsel to represent TRL in its Chapter 11 bankruptcy proceeding; and

4. Peter Burger is hereby authorized to execute and deliver all such instruments to do such acts and things as he may deem requisite and desirable in furtherance of the purposes of the foregoing consents and resolutions, the administration of TRL's chapter 11 proceedings, and the prosecution of any related relief to and through the confirmation of a chapter 11 plan of reorganization.

**[Signatures on Following Page]**

DATED and effective as of April 16, 2025, by:

| **LIMITED PARTNERS:** | **GENERAL PARTNER:** |
|---|---|
| TTLC-TRR Investments, LLC<br>an Arizona limited liability company<br><br>By: _Scott Clark (Apr 17, 2025 9:06 PDT)_<br>     Scott Clark, Authorized Agent<br><br>Harvard-TRR Investments, LLLP<br>an Arizona limited liability limited partnership<br><br>By: _____<br>     _____, Authorized Agent | TTLC-TRR Management, LLC<br>an Arizona limited liability company<br><br>By: _Scott Clark (Apr 17, 2025 9:06 PDT)_<br>     Scott Clark, Authorized Agent |

3

DATED and effective as of April 16, 2025, by:

| **LIMITED PARTNERS:** | **GENERAL PARTNER:** |
|---|---|
| TTLC-TRR INVESTMENTS, LLC<br>an Arizona limited liability company<br><br>By: _____<br>  Scott Clark, Authorized Agent<br><br>HARVARD-TRR INVESTMENTS, LLLP<br>an Arizona limited liability limited partnership<br><br>By: *Craig Krumwiede* (DocuSigned)<br>  Craig Krumwiede, Authorized Agent | TTLC-TRR MANAGEMENT, LLC<br>an Arizona limited liability company<br><br>By: _____<br>  Scott Clark, Authorized Agent |

3